UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO: 0:22-cv-60866-RUIZ/STRAUSS

WILLIE STEPHENS,

        Plaintiff,

v

CINTAS CORPORATE SERVICES, INC.,

        Defendant.

_____/

## REPORT OF MEDIATION

    A mediation conference was held on December 1, 2022 for the above-referenced matter. Mediator KAREN EVANS-PUTNEY conducted the proceedings via ZOOM.  All parties and their respective counsel were present.

_____X_____ A complete agreement was reached.

_____ A partial agreement was reached.

_____ No agreement was reached.

_____ The mediation was adjourned until _____.

_____
    Karen Evans-Putney, Mediator

December 1, 2022
        Date